**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 21 b 03470 |
| Genell Anderson, | ) | HON. Barnes |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

### NOTICE OF MOTION

TO:

Richard M. Fogel
Chapter 7 Trustee
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606

Genell Armstrong
400 Manda Lane, Unit 405
Wheeling, IL 60090

PLEASE TAKE NOTICE that on April 5, 2021 at 1:00 p.m., I will appear before the

Honorable Barnes, or any judge sitting in that judge's place, and present the Motion to

Withdraw as Attorney for Genell Anderson, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.**

No personal appearance in court is necessary or permitted. To appear and be heard on the

motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting

ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-

7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the

password is 433658. The meeting ID and password can also be found on the Judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

 /s/ Janna L. Quarless

The Semrad Law Firm, LLC

20 S. Clark Street, Suite 2800

Chicago, IL 60602

jquarless@semradlaw.com

**CERTIFICATE OF SERVICE**

I, Janna Quarless, an attorney, certify declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 24, 2021 at 5:00 p.m.

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Ace Cash Services
0752-1                                   Eastern Division                         P.O. Box 111
Case 21-03470                            219 S Dearborn                           Miami, OK 74355-0111
Northern District of Illinois            7th Floor
Eastern Division                         Chicago, IL 60604-1702
Wed Mar 24 15:53:23 CDT 2021

CRESCENT BANK AND TRUS                   Check Advance                            City Of Chicago - Parking And Red Light
1100 POYDRAS ST STE 100                  3417 Main Street                         121 N. LaSalle Street
NEW ORLEANS, LA 70163-0100               Stevens Point, WI 54481-4333             Chicago, IL 60602-1202


Credit Coll                              Dept Of Ed/Navient                       Fast Day Loans
16 Distributor Drive, Suite 1            PO BOX 9635                              PO Box 44 #1 Wakpamni Lake Housing
Morgantown, WV 26501-7209                WILKES BARRE, PA 18773-9635              Batesland, SD 57716-0044


First National Collection Bureau         First Premier Bank                       Floury, Herby
610 Waltham Way                          PO Box 7999                              400 Manda Lane
Sparks, NV 89437-6695                    c/o Stephen Dirksen                      Wheeling Illinois 60090-3893
                                         Saint Cloud, MN 56302-7999


Geico Insurance Company                  Gm Financial                             I.c. System Inc
One Geico Center                         801 Cherry St Ste 3900                   P.O. Box 64444
Macon, GA 31296-0001                     Fort Worth, TX 76102-6839                Saint Paul, MN 55164-0444


Liberty Mutual Insurance Company         Midland Funding                          (p)NATIONAL CREDIT SYSTEMS
100 Liberty Way                          PO Box 13105                             ATTN MELANIE MAYFIELD
Dover, NH 03820-4597                     Roanoke, VA 24031-3105                   3750 NATURALLY FRESH BLVD
                                                                                  ATLANTA GA 30349-2964


Northshore University Healthsystem       Pine Hill Apartment                      Portfolio Recov Assoc
1301 Central St # 218                    600 S Pine Hill Rd                       POB 41067
Evanston, IL 60201-1613                  Griffin Georgia 30224-8325               Norfolk, VA 23541-1067


Progressive Insurance                    Reliable Medical Supply                  Target Cash Now
P.O. Box                                 200 E. Howard Ave                        P.O. Box 581
Norwood, MA 02062                        Suite 246                                Hays, MT 59527-0581
                                         Des Plaines, IL 60018-5909


Wlcc Lending Ffg Dba Falcon Funding Group   Genell Armstrong                      Michael A Miller
P.O. Box 171 #1                          400 Manda Lane                           The Semrad Law Firm, LLC
Batesland, SD 57716-0171                 Unit 405                                 20 S. Clark, 28th Floor
                                         Wheeling, IL 60090-3810                  Chicago, IL 60603-1811


Patrick S Layng                          Richard M. Fogel
Office of the U.S. Trustee, Region 11    Cozen O'Connor
219 S Dearborn St                        123 N. Wacker Drive
Room 873                                 Suite 1800
Chicago, IL 60604-2027                   Chicago, IL 60606-1770
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| National Credit System | End of Label Matrix |
| P.O. Box 312125 | Mailable recipients    28 |
| Attn: Rebecca Bonds | Bypassed recipients     0 |
| Atlanta, GA 31131 | Total                  28 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 21-03470 |
| Genell Anderson, ) | HON. Barnes |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES the Debtor's Counsel, The Semrad Law Firm, LLC, and hereby moves this Honorable Court for leave to withdraw as counsel for Debtor. In so moving, Debtor's Counsel states as follows:

1. That the Debtor filed a Chapter 7 Voluntary Petition on March 17, 2021

2. Debtor's counsel diligently represented her Debtor in the Chapter 7 bankruptcy case.

3. Counsel believes they cannot effectively represent her in the bankruptcy case.

4. Counsel believes there is a possible conflict and the Debtor and her attorney have come to a mutual decision to have counsel withdraw from the case.

5. Attorneys Michael A. Miller and Janna Quarless of The Semrad Law Firm, LLC wish to be removed as attorneys of record in the instant case.

6. The Semrad Law Firm, LLC respectfully requests this Honorable Court grant the Debtor's counsel leave to withdraw from the instant case.

WHEREFORE, The Semrad Law Firm, LLC, Debtor's Counsel, respectfully prays that this Honorable Court enter an Order granting leave to withdraw as attorney from the instant case, along with any and all other relief this Court deems just and fair.

    Respectfully Submitted,

    /s/ *Janna Quarless*___
    Attorney for Debtor

    The Semrad Law Firm, LLC
    20 S. Clark Street, 28th Floor
    Chicago, IL 60603
    (312) 913-0625